IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE ESTATE §
OF THOMAS E. ARCHIE, § No. 101, 2022
DECEASED JANUARY 31, 2018 §
§ Court Below—Court of
§ Chancery of the State of
§ Delaware
§
§ C.A. 2020-0691

Submitted: October 14, 2022
Decided: November 18, 2022

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## ORDER

After consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Court of Chancery's order, entered February 23, 2022 (the "Final Judgment"). The Final Judgment denied the appellant's exceptions to, and adopted, a Master in Chancery's Final Report, issued October 26, 2021, which granted the appellees' motion to dismiss their own petition under Court of Chancery Rule 41(a)(2), in the absence of any properly pleaded counterclaims.

NOW, THEREFORE, IT IS ORDERED that judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice